IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANICE OSBORNE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:08-0347 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| AT & T WIRELESS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon the Plaintiff's stipulation of dismissal (Docket Entry No. 25) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED with prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

**ENTERED** this the 30th day of March, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge